FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CAMREN B.,

Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

No. 4:26-CV-05039-JAG

ORDER GRANTING STIPULATED REMAND

Before the court is the parties' Stipulated Motion to Remand. ECF No. 14. After considering the file and proposed order, it is hereby **ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 14**, is **GRANTED**.

2. Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

a) Take any action necessary to complete the administrative record;

b) Offer the claimant an opportunity for a hearing; and

c) Issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED November 9, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE